UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C12-01637SBA

RON DE LEON and ERNESTO FAJARDO, on behalf of themselves and all others similarly situated and on behalf of the general public,

_____

        Plaintiff(s),

_____

        v.

NCR Corporation, and DOES 1 through 10 inclusive,

        STIPULATION AND
        ORDER SELECTING ADR PROCESS

        Defendant(s).
        /

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    Ξ    Private ADR (*please identify process and provider*) Private mediation with Mark S. Rudy (currently scheduled for April 16, 2013).

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    Ξ    other requested deadline – May 1, 2013

CONTINUE TO FOLLOWING PAGE  Dated: 1/14/13 ____

_____ /s/ Eric A. Grover

Attorney for Plaintiff

Dated: 1/14/13 \_\_\_\_\_

/s/ Tracy L. Scheidtmann
Attorney for Defendant

**ORDER**

    Ξ       The parties' stipulation is adopted and IT IS SO ORDERED.
              The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 1/15/13

                                            UNITED STATES                  JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11